AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARK ANTHONY BECKFORD,

Petitioner,

v.

WARDEN, FCI JESUP,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-027

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 8, 2023, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Respondent's Motion to Dismiss is granted and Petitioner's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is denied. Additionally, Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: March 9, 2023

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020